■ In the Matter of TONY McGEE, Petitioner, v R.K. SMITH, as Custodial Maintenance Teacher, et al., Respondents. [13 NYS3d 919]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Sullivan Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier II determination that found him guilty of being out of place and a movement regulation violation. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have

been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. Petitioner is not entitled to be restored to the status that he enjoyed prior to the disciplinary determination (*see Matter of Ponder v Annucci*, 128 AD3d 1255, 1255 [2015]; *Matter of Raduns v Prack*, 122 AD3d 995, 995-996 [2014]). In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (*see Matter of McCaskell v Department of Corr. & Community Supervision*, 128 AD3d 1208, 1208-1209 [2015]; *Matter of Bain v Annucci*, 127 AD3d 1533, 1533 [2015]).

Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.